UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Liberty Mutual Insurance Company, Plaintiff,

-v-

Fairway Group Holdings Corp. and FW Operating Corp. f/k/a Fairway Operating Corp., Defendant.

Case No. 07 CV 11415 (LTS)

**Rule 7.1 Statement**

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Liberty Mutual Insurance Company (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

SEE LIST ATTACHED AS EXHIBIT A HERETO

Date: December 19, 2007

Signature of Attorney
Michael E. Twomey

**Attorney Bar Code:** MET 7839

# EXHIBIT A

Liberty Mutual Holding Company, Inc.

Liberty Mutual Group, Inc.

LMHC Massachusetts Holdings, Inc.