IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
:
LIBERTY MUTUAL INSURANCE COMPANY :
: Case No.: 07 CV 11415 (LTS)
Plaintiff, :
:
vs. : PROOF OF SERVICE
: ON DEFENDANT
FAIRWAY GROUP HOLDINGS CORPORATION, : FW OPERATING
and FW OPERATING CORP. f/k/a : CORPORATION
FAIRWAY OPERATING CORPORATION :
:
Defendants. :
------------------------------------- x

Attached is an affidavit of service of the summons and complaint herein upon defendant FW Operating Corporation.

Dated: January 2, 2008

*[signature]*
Michael E. Twomey (MET- 7839)
Twomey, Hoppe & Gallanty, LLP
757 Third Avenue
New York, NY 10017
Phone: 212.688.0400
Fax: 212.688.1929

Of Counsel:

Laura A. Foggan
Dale E. Hausman
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C. 20006
Phone: 202.719.7000
Fax: 202.719.7049

*Attorneys for Plaintiff Liberty Mutual Insurance Company*

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  07CV11415                                                         Purchased/Filed: December 20, 2007

STATE OF NEW YORK        UNITED STATES DISTRICT COURT            SOUTHERN DISTRICT OF

|  |  |
|---|---|
| Liberty Mutual Insurance Company | Plaintiff |
| against |  |
| Fairway Group Holdings Corp, et ~~al~~ AND | Defendant |

STATE OF NEW YORK  
COUNTY OF ALBANY        SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____December 21, 2007_____, at __2:00pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint

on _____FW Operating Corp._____, the Defendant in this action, by delivering to and leaving with _____Chad Matice_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __28__   Approx. Wt: __200__   Approx. Ht: __6'0"__  
Color of skin: __White__   Hair color: __Brown__   Sex: __M__   Other: _____

Swom to before me on this

__26th__ day of _____December, 2007_____

DONNA M. TIDINGS  
NOTARY PUBLIC, State of New York  
No. 01TI4898570, Qualified in Albany County  
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0710778

SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179

Receipt for Service

Receipt #:  200712240053
Date of Service:  12/21/2007
Service Company:  35 SERVICO - 35

Cash #: 200712240045
Fee Paid: $40 - DRAWDOWN

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS CORPORATION LAW

Party Served:  FW OPERATING CORP.

Plaintiff/Petitioner:
        LIBERTY MUTUAL INSURANCE COMPANY


Service of Process Address:
FAIRWAY CENTRAL SVCS
2284 12TH AVENUE
NEW YORK, NY 10027

                                        Secretary of State
                                          By  CHAD MATICE