IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
:
LIBERTY MUTUAL INSURANCE COMPANY       :
: Case No.: 07 CV 11415 (LTS)
Plaintiff,       :
:
vs.       : **PROOF OF SERVICE**
: **ON DEFENDANT**
FAIRWAY GROUP HOLDINGS CORPORATION,    : **FAIRWAY GROUP**
and FW OPERATING CORP. f/k/a           : **HOLDINGS CORP.**
FAIRWAY OPERATING CORPORATION          :
:
Defendants.       :
------------------------------------ x

    Attached is an affidavit of service of the summons and complaint herein upon defendant Fairway Group Holdings Corporation.

Dated: January 2, 2008

                                   Michael E. Twomey (MET- 7839)
                                   Twomey, Hoppe & Gallanty, LLP
                                   757 Third Avenue
                                   New York, NY 10017
                                   Phone: 212.688.0400
                                   Fax: 212.688.1929

                                   Of Counsel:

                                   Laura A. Foggan
                                   Dale E. Hausman
                                   WILEY REIN LLP
                                   1776 K Street, N.W.
                                   Washington, D.C. 20006
                                   Phone: 202.719.7000
                                   Fax: 202.719.7049

                                   *Attorneys for Plaintiff Liberty*
                                   *Mutual Insurance Company*

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  07CV11415                                                       Purchased/Filed: December 20, 2007
STATE OF NEW YORK        UNITED STATES DISTRICT COURT           SOUTHERN DISTRICT OF

_Liberty Mutual Insurance Company_                                Plaintiff

against

_Fairway Group Holdings Corp, et ano_                             Defendant

STATE OF NEW YORK
COUNTY OF ALBANY     SS.:

_____ Jessica Miller _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____ December 21, 2007 _____, at __2:00pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint

on

_____ Fairway Group Holdings Corp. _____, the Defendant in this action, by delivering to and leaving with _____ Chad Matice _____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __28__    Approx. Wt: __200__    Approx. Ht: __6'0"__
Color of skin: __White__   Hair color: __Brown__   Sex: __M__   Other: _____

Swom to before me on this

__26th__ day of _____ December, 2007 _____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0710777

**SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179**

```
              State of New York - Department of State
                        Receipt for Service
```

Receipt #:  200712240055                          Cash #: 200712240047
Date of Service:  12/21/2007                      Fee Paid: $40 - DRAWDOWN
Service Company:  35 SERVICO - 35

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:  FAIRWAY GROUP HOLDINGS CORP.


Plaintiff/Petitioner:
       LIBERTY MUTUAL INSURANCE COMPANY


Service of Process Address:
FAIRWAY GROUP HOLDINGS CORP.
2284 12TH AVE
NEW YORK, NY 10027

                                                  Secretary of State