*Swain, S.*

01/09/2008  15:14    2126881929                     TH&G                                    PAGE  02

```
                                               ┌─────────────────────────────┐
                                               │ USDC SDNY                   │
                                               │ DOCUMENT                    │
                                               │ ELECTRONICALLY FILED        │
UNITED STATES DISTRICT COURT                   │                             │
SOUTHERN DISTRICT OF NEW YORK                  │         JAN 1 4 2008        │
                                               └─────────────────────────────┘
```

------------------------------------------------ x

LIBERTY MUTUAL INSURANCE COMPANY,

        Plaintiff,

        Case No. 07 CV 11415 (LTS)

    - against -

        STIPULATION AND ORDER

FAIRWAY GROUP HOLDINGS CORPORATION,
and FW OPERATING CORP. f/k/a FAIRWAY
OPERATING CORPORATION

        Defendants.

------------------------------------------------ x

    It is hereby stipulated and agreed, by and between the undersigned counsel, as follows:

    (1)    The time for defendants FAIRWAY GROUP HOLDINGS CORPORATION, and FW OPERATING CORP. f/k/a FAIRWAY OPERATING CORPORATION to answer, move against, or otherwise respond to the Complaint is extended until February 11, 2008; and

    (2)    this Stipulation may be signed in counterparts; and

    (3)    facsimile signatures of this Stipulation shall have the same force and effect as original signatures.

60147957_1

| TWOMEY, HOPPE & GALLANTY LLP | HUGHES HUBBARD & REED LLP |
|---|---|
| By: /s/ Michael E. Twomey (MT 7834) | By: /s/ Erik Bond |
| 757 Third Avenue | One Battery Park Plaza |
| New York, New York 10017 | New York, New York 10004 |
| Telephone: (212) 688-0400 | Telephone: (212) 837-6000 |
| Facsimile: (212) 688-1929 | Facsimile: (212) 299-6647 |
| twomey@thgllp.com | bond@hugheshubbard.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

So Ordered: /s/
Hon. Laura Taylor Swain
United States District Judge

Dated: 1/14/2008

2

60147957_1