IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- x
LIBERTY MUTUAL INSURANCE COMPANY         :
                                         :   Case No.: 07 CV 11415 (LTS)
            Plaintiff,                   :
                                         :
    vs.                                  :   **PROOF OF SERVICE**
                                         :
FAIRWAY GROUP HOLDINGS CORPORATION,      :
and FW OPERATING CORP. f/k/a             :
FAIRWAY OPERATING CORPORATION            :
                                         :
            Defendants.                  :
-------------------------------------- x

Attached is an affidavit of service of the Initial Conference Order herein upon defendants Fairway Group Holdings Corporation and FW Operating Corp. f/k/a Fairway Operating Corporation.

Dated: January 17, 2008

Michael E. Twomey (MET- 7839)
Twomey, Hoppe & Gallanty, LLP
757 Third Avenue
New York, NY 10017
Phone: 212.688.0400
Fax: 212.688.1929

Of Counsel:

Laura A. Foggan
Dale E. Hausman
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C. 20006
Phone: 202.719.7000
Fax: 202.719.7049

*Attorneys for Plaintiff Liberty Mutual Insurance Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LIBERTY MUTUAL INSURANCE COMPANY    :    Case No. 07 CV 11415 (LTS)
                                    :
                                    :
                      Plaintiff,    :
                                    :
         - against -                :    **AFFIDAVIT**
                                    :    **OF SERVICE**
FAIRWAY GROUP HOLDINGS              :
CORPORATION, and FW OPERATING CORP. :
f/k/a FAIRWAY OPERATING CORPORATION :
                                    :
                                    :
                      Defendants.   :
------------------------------------------------------------x

State of New York  )
                   ) ss:
County of New York )

MICHAEL E. TWOMEY, being duly sworn, deposes and says that he is not a party to this action; is over 18 years of age; resides at c/o 757 Third Avenue, New York, New York 10017; and, on the 16th day of January 2008, he caused to be served the Initial Conference Order by facsimile and first class mail delivery directed to Erik Bond, Esq., Hughes, Hubbard & Reed LLP, attorneys for Defendants, One Battery Plaza, New York, New York 10004.

*Michael E. Twomey*

Sworn to before me this
17th day of January 2008

*Notary Public*

ALAN T. GALLANTY
NOTARY PUBLIC, State of New York
No. 31-4983370
Qualified in New York County
Commission Expires June 2∕, 19.2011