IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| LIBERTY MUTUAL INSURANCE COMPANY | |
|---|---|
| Plaintiff, | **MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |
| v. | Case No. 07-cv-11415 (LTS) (AJP) |
| FAIRWAY GROUP HOLDINGS CORPORATION, and FW OPERATING CORP. f/k/a FAIRWAY OPERATION CORPORATION | |
| Defendants. | |

Pursuant to Local Rule 1.3(c) of the Local Rules of this Court, Michael E. Twomey ("Movant"), hereby moves this Court to enter an order admitting Molly A. Leckey, Wiley Rein LLP, 1776 K Street NW, Washington, DC 20006, 202.719.7000, FAX 202.719.7049, to practice before the Court for purposes of representing plaintiff Liberty Mutual Insurance Company in the above-captioned matter.

In support of this motion, Movant states that he is a member in good standing of the Bar of this Court. Movant submits the attached Affidavit of Michael E. Twomey and timely certificates attesting to Ms. Leckey's good standing in the Bars of the District of Columbia and Virginia. There are no pending disciplinary proceedings against Ms. Leckey in any State or Federal Court.

This motion is not accompanied by a memorandum of law because the motion is addressed to the sound discretion of the Court and does not require the resolution of any disputed issues of law.

WHEREFORE, Movant respectfully requests that the Court grant this Motion for Admission of Counsel *Pro Hac Vice* and enter the proposed Order submitted herewith.

Dated: February 6, 2008

Respectfully submitted,

*[signature]*

Michael E. Twomey (MET 7839)
Twomey, Hoppe & Gallanty, LLP
757 Third Avenue
New York, NY  10017
Phone: 212.688.0400
Fax: 212.688.1929
*Attorneys for Plaintiff*
*Liberty Mutual Insurance Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>FAIRWAY GROUP HOLDINGS CORPORATION, and FW OPERATING CORP. f/k/a FAIRWAY OPERATING CORPORATION<br><br>　　　　　　　Defendants. | **AFFIDAVIT OF MICHAEL E. TWOMEY IN SUPPORT OF MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE***<br><br>Case No. 07-cv-11415 (LTS) (AJP) |

STATE OF NEW YORK }
　　　　　　　　　　}
COUNTY OF NEW YORK}

MICHAEL E. TWOMEY, being duly sworn, hereby deposes and says as follows:

　　1.　　I am member of the firm of Twomey, Hoppe and Gallanty LLP, 757 Third Avenue, New York, New York 10017, counsel for Plaintiff Liberty Mutual Insurance Company in the above-captioned action. I am familiar with the proceedings in this case. I submit this affidavit based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Molly A. Leckey as counsel *pro hac vice* to represent Plaintiff in this matter.

　　2.　　I am a member in good standing of the Bar of the State of New York, and was admitted in 1975. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

　　3.　　Ms. Leckey is an Associate at Wiley Rein LLP, in Washington, D.C.

4. I know and have found Ms. Leckey to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure and the Local Civil Rules of the United States District Court for the Southern and Eastern Districts of New York. Timely Certificates of Good Standing of Ms. Leckey from the District of Columbia Bar and Virginia Bar are annexed hereto.

5. Accordingly, I am pleased to move the admission of Molly A. Leckey, *pro hac vice* in connection with the above-captioned action.

6. I respectfully submit a proposed order granting the admission of Molly A. Leckey, *pro hac vice*, which is attached hereto.

WHEREFORE it is respectfully requested that the motion to admit Molly A. Leckey, *pro hac vice*, to represent Plaintiff Liberty Mutual Insurance Company in the above-captioned matter, be granted.

/s/ Michael E. Twomey
Michael E. Twomey (MET 7839)
Twomey, Hoppe & Gallanty LLP
757 Third Avenue
New York, NY 10017
Phone: 212.688.0400
Fax: 212.688.1929

Sworn to and subscribed before me
this ___ day of February, 2008.

_____
Notary Public

GARY HOPPE
Notary Public, State of New York
No. 31-4754194
Qualified in New York County
Commission Expires July 31, 2009



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

    Molly A. Leckey

was on the 14th day of August, 2006 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 22, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
        Deputy Clerk

# Supreme Court of Virginia

**AT RICHMOND**

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

MOLLY ANN LECKEY

was admitted to practice as an attorney and counsellor at the bar of this Court on October 31, 2005.

I further certify that so far as the records of this office are concerned, MOLLY ANN LECKEY is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 23rd day of January
A.D. 2008

By: _____
*Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FAIRWAY GROUP HOLDINGS CORPORATION, and FW OPERATING CORP. f/k/a FAIRWAY OPERATING CORPORATION<br><br>　　　　　Defendants. | **ORDER FOR ADMISSION OF COUNSEL**<br>***PRO HAC VICE* ON WRITTEN MOTION**<br><br>Case No. 07-cv-11415 (LTS) (AJP) |

　　　Upon the motion of Michael E. Twomey, attorney for Plaintiff Liberty Mutual Insurance Company and said sponsor attorney's affidavit in support;

　　**IT IS HEREBY ORDERED** that

　　　　Molly A. Leckey
　　　　Wiley Rein LLP
　　　　1776 K Street NW
　　　　Washington, DC 20006
　　　　Tel.: 202.719.7000
　　　　Fax: 202.719.7049
　　　　mleckey@wileyrein.com

is admitted as counsel for Plaintiff Liberty Mutual Insurance Company in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this order is assigned to the Electronic Case Filing (ECF) System, counsel shall immediately apply for an ECF password at NYSD.uscourts.gov. Counsel shall file the pro hoc vice for the Clerk of Court.

　　　**SO ORDERED.**

                                                                                         _____

                                                                                         Laura Taylor Swain  
                                                                                         United States District Judge

Dated: _____

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was sent via first-class mail on February 6, 2008 to the following counsel of record:

| | |
|---|---|
| Eric Bond<br>**HUGHES HUBBARD & REED LLP**<br>One Battery Park Plaza<br>New York, New York 10004<br>Tel.: 212.837.6000<br>Fax: 212.299-6647<br>bond@hugheshubbard.com<br><br>*Attorneys for Defendants Fairway Group Holdings Corporation, and FW Operating Corp. f/k/a Fairway Operation Corporation* | |
| | |

Michael E. Twomey