IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>FAIRWAY GROUP HOLDINGS CORPORATION, and FW OPERATING CORP. f/k/a FAIRWAY OPERATION CORPORATION<br><br>Defendants. | **MOTION TO ADMIT COUNSEL**<br>***PRO HAC VICE***<br><br>Case No. 07-cv-11415 (LTS) (AJP) |

Pursuant to Local Rule 1.3(c) of the Local Rules of this Court, Michael E. Twomey ("Movant"), hereby moves this Court to enter an order admitting Dale E. Hausman, Wiley Rein LLP, 1776 K Street NW, Washington, DC 20006, 202.719.7000, FAX 202.719.7049, to practice before the Court for purposes of representing plaintiff Liberty Mutual Insurance Company in the above-captioned matter.

In support of this motion, Movant states that he is a member in good standing of the Bar of this Court. Movant submits the attached Affidavit of Michael E. Twomey and timely certificate attesting to Mr. Hausman's good standing in the Bar of the District of Columbia. There are no pending disciplinary proceedings against Mr. Hausman in any State or Federal Court.

This motion is not accompanied by a memorandum of law because the motion is addressed to the sound discretion of the Court and does not require the resolution of any disputed issues of law.

WHEREFORE, Movant respectfully requests that the Court grant this Motion for Admission of Counsel *Pro Hac Vice* and enter the proposed Order submitted herewith.

Dated: February 6, 2008

                                              Respectfully submitted,

                                              _/s/ Michael E. Twomey_

                                              Michael E. Twomey (MET 7839)
                                              Twomey, Hoppe & Gallanty, LLP
                                              757 Third Avenue
                                              New York, NY  10017
                                              Phone:  212.688.0400
                                              Fax:  212.688.1929
                                              *Attorneys for Plaintiff*
                                              *Liberty Mutual Insurance Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY<br><br>                 Plaintiff,<br><br>v.<br><br>FAIRWAY GROUP HOLDINGS CORPORATION, and FW OPERATING CORP. f/k/a FAIRWAY OPERATING CORPORATION<br><br>                 Defendants. | **AFFIDAVIT OF MICHAEL E. TWOMEY IN SUPPORT OF MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE***<br><br>Case No. 07-cv-11415 (LTS) (AJP) |

STATE OF NEW YORK }
                       }
COUNTY OF NEW YORK}

MICHAEL E. TWOMEY, being duly sworn, hereby deposes and says as follows:

      1.    I am member of the firm of Twomey, Hoppe and Gallanty LLP, 757 Third Avenue, New York, New York 10017, counsel for Plaintiff Liberty Mutual Insurance Company in the above-captioned action. I am familiar with the proceedings in this case. I submit this affidavit based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Dale E. Hausman as counsel *pro hac vice* to represent Plaintiff in this matter.

      2.    I am a member in good standing of the Bar of the State of New York, and was admitted in 1975. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

      3.    Mr. Hausman is a Partner at Wiley Rein LLP, in Washington, D.C.

4. I know and have found Mr. Hausman to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure and the Local Civil Rules of the United States District Court for the Southern and Eastern Districts of New York. A timely Certificate of Good Standing of Mr. Hausman from the District of Columbia Bar is annexed hereto.

5. Accordingly, I am pleased to move the admission of Dale E. Hausman, *pro hac vice* in connection with the above-captioned action.

6. I respectfully submit a proposed order granting the admission of Dale E. Hausman, *pro hac vice*, which is attached hereto.

WHEREFORE it is respectfully requested that the motion to admit Dale E. Hausman, *pro hac vice*, to represent Plaintiff Liberty Mutual Insurance Company in the above-captioned matter, be granted.

_____
Michael E. Twomey (MET 7839)
Twomey, Hoppe & Gallanty LLP
757 Third Avenue
New York, NY 10017
Phone: 212.688.0400
Fax: 212.688.1929

Sworn to and subscribed before me
this 5th day of February, 2008.

_____
Notary Public

GARY HOPPE
Notary Public, State of New York
No. 01-4754194
Qualified in New York County
Commission Expires July 31, 2009



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

Dale E. Hausman

was on the 15th day of November, 1989 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 22, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
            Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>FAIRWAY GROUP HOLDINGS CORPORATION, and FW OPERATING CORP. f/k/a FAIRWAY OPERATING CORPORATION<br><br>Defendants. | **ORDER FOR ADMISSION OF COUNSEL**<br>***PRO HAC VICE* ON WRITTEN MOTION**<br><br>Case No. 07-cv-11415 (LTS) (AJP) |

Upon the motion of Michael E. Twomey, attorney for Plaintiff Liberty Mutual Insurance Company and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Dale E. Hausman
> Wiley Rein LLP
> 1776 K Street NW
> Washington, DC 20006
> Tel.: 202.719.7000
> Fax: 202.719.7049
> dhausman@wileyrein.com

is admitted as counsel for Plaintiff Liberty Mutual Insurance Company in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this order is assigned to the Electronic Case Filing (ECF) System, counsel shall immediately apply for an ECF password at NYSD.uscourts.gov. Counsel shall file the pro hoc vice for the Clerk of Court.

**SO ORDERED.**

```
                                        _____
                                        Laura Taylor Swain
                                        United States District Judge
Dated: _____
```

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was sent via first-class mail on February _6_, 2008 to the following counsel of record:

| | |
|---|---|
| Eric Bond<br>**HUGHES HUBBARD & REED LLP**<br>One Battery Park Plaza<br>New York, New York 10004<br>Tel.: 212.837.6000<br>Fax: 212.299-6647<br>bond@hugheshubbard.com<br><br>*Attorneys for Defendants Fairway Group Holdings Corporation, and FW Operating Corp. f/k/a Fairway Operation Corporation* | |
| | |

Michael E. Twomey