Vilia B. Hayes
Erik Bond
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
(212) 837-6000
hayes@hugheshubbard.com
bond@hugheshubbard.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

LIBERTY MUTUAL INSURANCE COMPANY,

    Plaintiff,

vs.

FAIRWAY GROUP HOLDINGS CORPORATION,
and FW OPERATING CORP. f/k/a
FAIRWAY OPERATING CORPORATION,

    Defendants.
------------------------------------- x

Case No.: 07 CV 11415 (LTS)

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

    Pursuant to Fed. R. Civ. Proc. 7.1, the undersigned counsel for Defendants states the following:

    Defendant Fairway Group Holdings Corp. is not a publicly-owned corporation, nor is ten percent or more of the stock of Defendant Fairway Group Holdings Corp. owned by a publicly-owned corporation.

    Defendant FW Operating Corp. (whose name was changed from Fairway Operating Corp.) is not a publicly-owned corporation, nor is ten percent or more of the stock of Defendant FW Operating Corp. owned by a publicly-owned corporation.

Dated: February 11, 2008

HUGHES HUBBARD & REED LLP

By: *Vilia B. Hayes*
    Vilia B. Hayes
    hayes@hugheshubbard.com
    Erik Bond
    bond@hugheshubbard.com

One Battery Park Plaza
New York, New York 10004
(212) 837-6000

Attorneys for Defendants