Vilia B. Hayes
Erik Bond
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
(212) 837-6000
hayes@hugheshubbard.com
bond@hugheshubbard.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------- x
:
LIBERTY MUTUAL INSURANCE COMPANY,   :   Case No.: 07 CV 11415 (LTS)
:
Plaintiff,   :
:   **JURY DEMAND**
vs.   :
:
FAIRWAY GROUP HOLDINGS CORPORATION,   :
and FW OPERATING CORP. f/k/a   :
FAIRWAY OPERATING CORPORATION,   :
:
Defendants.   :
---------------------------------------------------- x

    Defendants Fairway Group Holdings Corporation and FW Operating Corp., formerly known as Fairway Operating Corporation, pursuant to Fed. R. Civ. P. 38, hereby demand a trial by jury for all the issues so triable.

Dated:  February 20, 2008

                                                                        Respectfully submitted,

                                                                        HUGHES HUBBARD & REED LLP

                                                                        By: _/s/ Vilia B. Hayes_
                                                                           Vilia B. Hayes
                                                                           hayes@hugheshubbard.com
                                                                           Erik Bond
                                                                           bond@hugheshubbard.com
                                                      One Battery Park Plaza
                                                      New York, New York 10004
                                                      (212) 837-6000
                                                      Attorneys for Defendants

## CERTIFICATE OF SERVICE

I, Erik Bond, do hereby certify that I am over the age of 18 and not a party to this action and that on the 20th day of February, 2008, I did cause to be served a true and correct copy of Defendants' Jury Demand via electronic filing on:

Michael E. Twomey
Twomey, Hoppe & Gallanty LLP
757 Third Avenue
New York, NY 10017
(212) 688-0400
Fax: (212)-688-1929
Email: twomey@thgllp.com

I declare under penalty of perjury that the foregoing is true and correct. Executed at New York, New York, this 20th day of February, 2008.

/s/ Erik Bond
Erik Bond
bond@hugheshubbard.com

One Battery Park Plaza
New York, New York 10004
(212) 837-6000

60223998_1.DOC