IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY<br><br>    Plaintiff,<br><br>v.<br><br>FAIRWAY GROUP HOLDINGS CORPORATION, and FW OPERATING CORP. f/k/a FAIRWAY OPERATING CORPORATION<br><br>    Defendants. | **ORDER FOR ADMISSION OF COUNSEL**<br>***PRO HAC VICE* ON WRITTEN MOTION**<br><br>Case No. 07-cv-11415 (LTS) (AJP) |

Upon the motion of Michael E. Twomey, attorney for Plaintiff Liberty Mutual Insurance Company and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Laura A. Foggan
> Wiley Rein LLP
> 1776 K Street NW
> Washington, DC 20006
> Tel.: 202.719.7000
> Fax: 202.719.7049
> lfoggan@wileyrein.com

is admitted as counsel for Plaintiff Liberty Mutual Insurance Company in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this order is assigned to the Electronic Case Filing (ECF) System, counsel shall immediately apply for an ECF password at NYSD.uscourts.gov. Counsel shall file the pro hoc vice for the Clerk of Court.

**SO ORDERED.**

                                                                       Laura Taylor Swain  
                                                                       United States District Judge

Dated:   April 9, 2008