

Hughes Hubbard

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

Vilia B. Hayes
Direct Dial: 212-837-6839
Direct Fax: 212-299-6839
hayes@hugheshubbard.com

May 12, 2008

VIA FAX

The Honorable Laura T. Swain
United States District Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007



Re: *Liberty Mutual Insurance Co. v. Fairway Group Holdings Corp. and FW Operating Corp.*
Case No. 07 CV 11415 (LTS)(AJP)

Dear Judge Swain:

      We represent defendants Fairway Group Holdings Corp. and FW Operating Corp. (collectively "Fairway) in the above-titled action. We write, with the consent of opposing counsel to request an adjournment of the status conference scheduled for Friday, May 16[th] at 3 p.m.

      At the initial court conference held on April 4, 2008, the parties discussed with the Court potential motions for a stay, to compel the production of documents and for summary judgment. Since that time, the parties have served their respective Initial Disclosures, Defendants have served their First Request for Documents and plaintiff Liberty Mutual Insurance Company ("Liberty") has served its response. With respect to the motion, defendants have started the letter-writing process set forth in your Honor's rules.

      Subject to the Court's approval, the parties have agreed to the following schedule. Liberty will produce documents in response to Fairway's First Document Request and respond to Fairway's letter by May 17, 2008. Fairway will serve its motion for a stay, or in the alternative for a motion to compel discovery by June 2, 2008.

New York ■ Washington, D.C. ■ Los Angeles ■ Miami ■ Jersey City ■ Paris ■ Tokyo

Page 2

The parties also plan to discuss possible resolution of the dispute regarding reimbursement of defense costs. In light of this schedule, the parties respectfully request the court adjourn the next conference until a date convenient for the court after June 23, 2008.

Very truly yours,

*Vilia B. Hayes*

Enclosures

cc: Laura Foggan, Esq. (By Fax)
    Dale Hausman, Esq. (By Fax)

60285124_1.DOC

> The requests are granted.
> The conference is adjourned to June 27, 2008, at 11:30AM.

SO ORDERED.

_____ 5/13/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE