# Hughes Hubbard



Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

Vilia B. Hayes
Direct Dial: 212-837-6839
Direct Fax: 212-299-6839
hayes@hugheshubbard.com

June 25, 2008

VIA FAX

The Honorable Laura T. Swain
United States District Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007

**MEMO ENDORSED**

Re: *Liberty Mutual Insurance Co. v. Fairway Group Holdings Corp. and FW Operating Corp.*
Case No. 07 CV 11415 (LTS)(AJP)

Dear Judge Swain:

We represent defendants Fairway Group Holdings Corp. and FW Operating Corp. (collectively "Fairway) in the above-titled action. We are writing, with the consent of plaintiff's counsel, to request a one-month extension of the conference set for June 27, 2008.

Since my letter dated June 6, 2008, our Firm has had discussions with plaintiff's counsel in the underlying action, *Kaufman v. Fairway Operating Corp., et al.*, No. 07 Civ. 7525 (BSJ). They have now indicated they are likely to agree to a dismissal, but have not yet executed a stipulation of dismissal.

We will provide the Court with a further update before the next conference.

Very truly yours,

*Vilia B. Hayes*

The conference is adjourned to July 25, 2008, at 10:30 AM.

SO ORDERED.

*[signature]* 6/27/2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

cc: Laura Foggan, Esq. (By Fax)
    Dale Hausman, Esq. (By Fax)

60327228_1.DOC   New York ■ Washington, D.C. ■ Los Angeles ■ Miami ■ Jersey City ■ Paris ■ Tokyo