

1776 K STREET NW
WASHINGTON, DC 20006
PHONE 202.719.7000
FAX 202.719.7069

7925 JONES BRANCH DRIVE
McLEAN, VA 22102
PHONE 703.905.2800
FAX 703.905.2820

www.wileyrein.com

July 23, 2008



**MEMO ENDORSED**

Dale Hausman
202.719.7005
dhausman@wileyrein.com

**VIA FACSIMILE**

The Honorable Laura T. Swain
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 755
New York, NY 10007

Re: *Liberty Mutual Insurance Co. v. Fairway Group Holdings Corp. and FW Operating Corp.*
Case No. 07 CV 11415 (LTS) (AJP)

Dear Judge Swain:

We represent Plaintiff Liberty Mutual Insurance Company ("Liberty Mutual") in the referenced matter. We write with the consent of counsel for Defendants Fairway Group Holdings Corp. and FW Operating Corp. ("Fairway") to request a one-month extension for the conference currently scheduled for this Friday, July 25, 2008.

The parties previously sought an extension on June 25, 2008 of the status conference that was scheduled in June to determine whether the underlying action, *Kaufman v. Fairway Operating Corp., et al.*, No. 07 Civ. 7525 (BSJ), would be resolved based upon recent federal legislation clarifying the scope of credit card receipt violations. On June 26, 2008, the Court in the underlying action issued a stipulated order dismissing that action with prejudice. Counsel for Liberty Mutual and Fairway have since been in communication regarding the issue of attorneys fees. The parties seek additional time to determine whether the outstanding issues can be resolved without the Court's involvement.

We will provide the Court with a further update before the next conference.



The Honorable Laura T. Swain
July 23, 2008
Page 2

Respectfully submitted,

*[signature]*

Dale Hausman

cc: Vilia B. Hayes, Esq. (by email)
Michael Twomey, Esq. (by email)

*The conference is adjourned to September 5, 2008, at 11:00 AM.*

SO ORDERED.

*[signature] 7/23/08*
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE