

1776 K STREET NW
WASHINGTON, DC 20006
PHONE 202.719.7000
FAX 202.719.7049

7925 JONES BRANCH DRIVE
McLEAN, VA 22102
PHONE 703.905.2800
FAX 703.905.2820

www.wileyrein.com

September 4, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 5 2008

Dale Hausman
202.719.7005
dhausman@wileyrein.com

VIA FACSIMILE (212.805.0426)

**MEMO ENDORSED**

The Honorable Laura T. Swain
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 755
New York, NY 10007

Re:  *Liberty Mutual Insurance Co. v. Fairway Group Holdings Corp. and FW Operating Corp.*
Case No. 07 CV 11415 (LTS) (AJP)

Dear Judge Swain:

We represent Plaintiff Liberty Mutual Insurance Company ("Liberty Mutual") in the referenced matter. We write with the consent of counsel for Defendants Fairway Group Holdings Corp. and FW Operating Corp. ("Fairway") to request an additional one-month extension for the conference currently scheduled for this Friday, September 5, 2008.

The parties are continuing to negotiate over the outstanding issues of reimbursement of attorneys' fees and defense costs incurred by defendants in this action and the underlying action and seek additional time to attempt to resolve these issues without the Court's involvement.

We will provide the Court with a further update before the next conference.

Respectfully submitted,

*/s/ Dale Hausman*

Dale Hausman

cc: Vilia B. Hayes, Esq. (by email)
Michael Twomey, Esq. (by email)

*The conference is adjourned to October 10, 2008, at 3:00pm*

SO ORDERED.

NEW YORK, NY
Sept 4, 2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE